# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

## CIVIL NO. 3:03CV231
## (3:00CR212)

| | | |
|---|---|---|
| PAULITO SALAZAR-ACUNA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | **J U D G M E N T** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the

Petitioner's conviction is hereby **AFFIRMED** and his sentence is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Petitioner's original sentence is hereby

**REIMPOSED** and the Clerk of Court shall prepare an Amended Judgment of Conviction which

contains the same terms and conditions as the one previously entered.

**IT IS FURTHER ORDERED** that the Petitioner may file a notice of appeal on or before

ten days after the filing date of the Amended Judgment of Conviction in this action.

**DOCUMENT
SCANNED**

**Signed: May 9, 2005**

Lacy H. Thornburg
United States District Judge

## Other Orders/Judgments

3:03-cv-00231 Salazar-Acuna v. United States **CASE CLOSED on 07/30/2003**

### U.S. District Court

### Western District of North Carolina

Notice of Electronic Filing

The following transaction was received from Wallace, Betsy entered on 5/9/2005 at 4:30 PM EDT and filed on 5/9/2005

**Case Name:**       Salazar-Acuna v. United States
**Case Number:**     3:03-cv-231
**Filer:**
**WARNING: CASE CLOSED on 07/30/2003**
**Document Number:** 20

**Docket Text:**
JUDGMENT entered in accordance w/5/9/05 Order. Signed by Judge Lacy Thornburg on 5/9/05. (Wallace, Betsy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095689202 [Date=5/9/2005] [FileNumber=335935-0]

[4adce4a2608174c223a4e3f7264155f0e4afadc12ca6ada3014cdf20bc3dca8a78816
016b2d6ee9d11c2979764de4d2de6369d4cdd4c5441fcfd31bf3ad2a53e]]

**3:03-cv-231 Notice will be electronically mailed to:**

**3:03-cv-231 Notice will be delivered by other means to:**

Jack M. Knight
U.S. Attorney's Office
227 W. Trade St.
1700 Carillon
Charlotte, NC 28202

Paulito Salazar-Acuna
Reg. No. 16402-058
Rivers Correction Inst.
Legal Mail
P. O. Box 630
Winton, NC 27986

Case 3:00-cr-00211-FDW   Document 204   Filed 05/09/05   Page 3 of 7

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

## CIVIL NO. 3:03CV231
## (3:00CR212)

| | | |
|---|---|---|
| PAULITO SALAZAR-ACUNA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Response to the Order entered March 10, 2005. Since that time, the Petitioner has filed a reply and motion for summary judgment to which were attached two affidavits, a motion requesting a hearing and a motion for certain records.

The Petitioner's trial counsel has filed an affidavit as to the question of whether the Petitioner asked him to file a notice of appeal after the imposition of his sentence. Although counsel has averred as to his standard practice on this issue, he did not have a specific recollection about the issue in this instance. As a result, the Court finds it necessary to vacate the Petitioner's sentence and reimpose the same in order to provide him with an opportunity to file a direct appeal.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion to vacate, set aside, or correct judgment pursuant to 28 U.S.C. § 2255 is hereby **ALLOWED IN PART AND DENIED IN PART**. A Judgment is filed herewith.

**DOCUMENT
SCANNED**

**IT IS FURTHER ORDERED** that the remaining motions are hereby **DENIED** as moot.

**Signed: May 9, 2005**

Lacy H. Thornburg
United States District Judge

# Orders on Motions

3:03-cv-00231 Salazar-Acuna v. United States **CASE CLOSED on 07/30/2003**

### U.S. District Court

### Western District of North Carolina

Notice of Electronic Filing

The following transaction was received from Wallace, Betsy entered on 5/9/2005 at 4:27 PM EDT and filed on 5/9/2005

**Case Name:**      Salazar-Acuna v. United States

**Case Number:**    3:03-cv-231

**Filer:**

**WARNING: CASE CLOSED on 07/30/2003**

**Document Number:** 19

**Docket Text:**
ORDER granting in part/denying in part 2255 motion; denying as moot [17] Motion for Hearing, denying as moot[18] Motion . Signed by Judge Lacy Thornburg on 5/9/05. (Wallace, Betsy)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095689202 [Date=5/9/2005] [FileNumber=335925-0]
[88df7eb71c969c6cc8df021ff3dbba0d2dbd6c93fa9e4fc7317bd00d1ba1d5ddb43d2
612871f8881a48df83569c15a3aa7cc40fe3050008e56851abebff03ab2]]

**3:03-cv-231 Notice will be electronically mailed to:**

**3:03-cv-231 Notice will be delivered by other means to:**

Jack M. Knight
U.S. Attorney's Office
227 W. Trade St.
1700 Carillon
Charlotte, NC 28202

Paulito Salazar-Acuna
Reg. No. 16402-058
Rivers Correction Inst.
Legal Mail
P. O. Box 630
Winton, NC 27986